United States Bankruptcy Court
District of Arizona

In re:  
YEVGENIY IGONKIN  
    Debtor

Case No. 23-05561-BKM  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0970-2      User: admin      Page 1 of 3  
Date Rcvd: Aug 16, 2023      Form ID: 309A      Total Noticed: 32

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 18, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | YEVGENIY IGONKIN, 4214 EAST MORROW DRIVE, PHOENIX, AZ 85050-3743 |
| 17041743 | + | APS, PO Box 37812, Boone IA 50037-0812 |
| 17041742 | + | Appliance Parts Company, 6825 South Kyrene Road, Tempe AZ 85283-5456 |
| 17041753 | + | Law Office of Kenneth J. Freed, PO Box 5914, Sherman Oaks CA 91413-5914 |
| 17041754 | + | Lightspeed, 225 Dyer Street, Providence RI 02903-3927 |
| 17041756 | + | MRC, United Wholesale, 350 Highland, Houston TX 77009-6623 |
| 17041755 | | Mali Investments LLC, 1807 West Falcon Drive, Chandler AZ 85286-8069 |
| 17041757 | + | Nationwide Marketing Group, 609 North Liberty Street, Winston Salem NC 27101-2912 |
| 17041759 | + | R&B Wholesale Distributors Inc, 353 North 44th Avenue, Phoenix AZ 85043-2920 |
| 17041761 | + | Registix, 11845 Vanstory Drive, Ste. 500, Huntersville NC 28078-5077 |
| 17041766 | + | Thomas Rubin & Kelley PC, 7330 N 16th Street Suite A100, Phoenix AZ 85020-5299 |
| 17041768 | + | United Stores Inc, 905 Wineville Avenue, Ste. A, Ontario CA 91764-8508 |
| 17041770 | + | WEX, 1 Hancock Street, Portland ME 04101-4217 |

TOTAL: 13

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| aty | | Email/Text: ecf@neeleylaw.com | Aug 16 2023 22:18:00 | KENNETH L NEELEY, Neeley Law Firm, Plc, 1120 S. Dobson Rd., Ste. 230, Chandler, AZ 85286 |
| tr | + | EDI: BJHFORD.COM | Aug 17 2023 02:13:00 | JILL H. FORD, PO BOX 5845, CAREFREE, AZ 85377-5845 |
| smg | | EDI: AZDEPREV.COM | Aug 17 2023 02:13:00 | AZ DEPARTMENT OF REVENUE, BANKRUPTCY & LITIGATION, 1600 W. MONROE, 7TH FL., PHOENIX, AZ 85007-2650 |
| 17041744 | + | EDI: AZDEPREV.COM | Aug 17 2023 02:13:00 | Arizona Department of Revenue, c/o Tax, Bankruptcy, and Collections, 2005 N. Central Ave., Ste. 100, Phoenix AZ 85004-1546 |
| 17041745 | | EDI: BMW.COM | Aug 17 2023 02:13:00 | BMW Financial Services, PO Box 3608, Dublin OH 43016-0306 |
| 17041746 | + | Email/Text: bankruptcy.notifications@fisglobal.com | Aug 16 2023 22:19:00 | Chex Systems, Inc., 7805 Hudson Rd., Ste. 100, Woodbury MN 55125-1703 |
| 17041747 | + | Email/Text: CCICollectionsGlobalForms@cox.com | Aug 16 2023 22:19:08 | Cox Business, PO Box 53249, Phoenix AZ 85072-3249 |
| 17041748 | | Email/Text: bankruptcycourts@equifax.com | Aug 16 2023 22:18:00 | Equifax Credit Information Services, Inc, PO Box 740241, Atlanta GA 30374 |
| 17041749 | ^ | MEBN | Aug 16 2023 22:15:39 | Experian Information Solutions, Inc., PO Box |

| Recip ID | Bypass/Method | | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | 4500, Allen TX 75013-1311 |
| 17041751 | Email/Text: paulette.yiambilis@fundingmetrics.com | | Aug 16 2023 22:18:00 | Funding Metrics, LLC dba Lendini, 3220 Tillman Drive, Ste. 200, Bensalem PA 19020 |
| 17041750 | ^ | MEBN | Aug 16 2023 22:17:15 | Fund Box, 6900 Dallas Parkway, Ste. 700, Plano TX 75024-7188 |
| 17041752 | + | EDI: IRS.COM | Aug 17 2023 02:13:00 | Internal Revenue Service, Centralized Insolvency Operations, PO Box 7346, Philadelphia PA 19101-7346 |
| 17041758 | + | Email/Text: mspurrier@nationalfunding.com | Aug 16 2023 22:18:00 | Quick Bridge Funding, 410 Exchange, Suite 150, Irvine CA 92602-1332 |
| 17041762 | | Email/Text: bankruptcy@rsico.com | Aug 16 2023 22:18:00 | RSI Enterprises Inc, PO BOX 16190, Phoenix AZ 85011 |
| 17041760 | + | Email/Text: collections@rapidadvance.com | Aug 16 2023 22:19:00 | Rapid Finance, 4500 East West Highway, 6th Fl, Bethesda MD 20814-3327 |
| 17041763 | + | Email/Text: bankruptcynotices@squareup.com | Aug 16 2023 22:19:00 | Square Capital, LLC, 1455 Market Street, Ste. 600,, San Francisco CA 94103-1332 |
| 17041764 | + | EDI: LCITDAUTO | Aug 17 2023 02:13:00 | TD Auto Finance, PO Box 9223, Farmington MI 48333-9223 |
| 17041767 | ^ | MEBN | Aug 16 2023 22:15:47 | TransUnion Consumer Solutions, PO Box 2000, Chester PA 19016-2000 |
| 17041769 | + | EDI: USBANKARS.COM | Aug 17 2023 02:13:00 | US Bank Business, PO Box 790408, Saint Louis MO 63179-0408 |

TOTAL: 19

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 17041765 | ##+ | The Fundworks LLC, 5990 Sepulveda Boulevard, Ste. 310, Van Nuys CA 91411-2523 |

TOTAL: 0 Undeliverable, 0 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 18, 2023          Signature:     /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 16, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| JILL H. FORD | jford@trustee.phxcoxmail.com  AZ31@ecfcbis.com |

| | |
|---|---|
| KENNETH L NEELEY | on behalf of Debtor YEVGENIY IGONKIN ecf@neeleylaw.com r50688@notify.bestcase.com,ecfmail@neeleylaw.com,NeeleyLawFirmPLC@jubileebk.net,ign@neeleylaw.com |
| U.S. TRUSTEE | USTPRegion14.PX.ECF@USDOJ.GOV |

TOTAL: 3

| Information to identify the case: | | | |
|---|---|---|---|
| Debtor 1: | YEVGENIY IGONKIN<br>First Name   Middle Name   Last Name | Social Security number or ITIN: xxx–xx–8715<br>EIN: __–_____ | |
| Debtor 2:<br>(Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN: ____<br>EIN: __–_____ | |
| United States Bankruptcy Court: District of Arizona | | Date case filed for chapter: 7   8/15/23 | |
| Case number: 2:23–bk–05561–BKM | | | |

Official Form 309A (For Individuals or Joint Debtors)
**Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**   10/20

For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Your case could be dismissed if you do not file the required documents, fail to appear at the meeting of creditors or if you do not provide photo identification and proof of social security number to the trustee at the meeting.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

**To protect your rights, consult an attorney. The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | YEVGENIY IGONKIN | |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 4214 EAST MORROW DRIVE<br>PHOENIX, AZ 85050 | |
| 4. | **Debtor's attorney**<br>Name and address | KENNETH L NEELEY<br>Neeley Law Firm, Plc<br>1120 S. Dobson Rd., Ste. 230<br>Chandler, AZ 85286 | Contact phone 480–802–4647<br>Email: ecf@neeleylaw.com |
| 5. | **Bankruptcy trustee**<br>Name and address | JILL H. FORD<br>PO BOX 5845<br>CAREFREE, AZ 85377 | Contact phone 480–575–8250<br>Email: jford@trustee.phxcoxmail.com |

**For more information, see page 2 >**

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**   page 1

| 6. | Bankruptcy clerk's office | U.S. Bankruptcy Court, Arizona<br>230 North First Avenue, Suite 101<br>Phoenix, AZ 85003-1727 | Office Hours:<br>8:30 am – 4:00 pm Monday–Friday<br><br>Contact Phone: (602) 682-4000<br>Date: 8/16/23 |
|---|---|---|---|
|  | Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at pacer.uscourts.gov. |  |  |
| 7. | **Meeting of creditors** | **September 19, 2023 at 10:00 AM**<br><br>**BY TELEPHONE**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | Trustee: JILL H. FORD<br>Call in number: 866-704-8215<br>Passcode: 1059406 |
|  | Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. |  |  |
| 8. | **Presumption of abuse** | The presumption of abuse does not arise. |  |
|  | If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. |  |  |
| 9. | **Deadlines** | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:**<br><br>**You must file a complaint:**<br>• if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or<br>• if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4), or (6).<br><br>**You must file a motion:**<br>• if you assert that the discharge should be denied under § 727(a)(8) or (9). | **Filing deadline: 11/20/23** |
|  | The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. |  |  |
|  |  | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| 10. | **Proof of claim** | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline.<br><br>Deadline for holder(s) of a claim secured by a security interest in the debtor's principal residence (Rule 3002(c)(7)(A)): **70 Days from date case filed.** |  |
|  | Please do not file a proof of claim unless you receive a notice to do so. |  |  |
| 11. | **Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. |  |
| 12. | **Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at pacer.uscourts.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. |  |

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**  page **2**